

March 25, 2023

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.** 03/27/2023

The sentencing currently scheduled for April 6, 2023 at 11:00 AM is hereby adjourned until May 5, 2023 at 2:00 PM.

      Re:    *United States v. Jorell Negron*
              *23*-**CR**-*009* **(VSB)**

Dear Judge Broderick:

    Jorell Negron is scheduled to be sentenced by Your Honor on April 6, 2023, following his guilty plea to possession of a firearm in violation of 18 U.S.C. § 922(g). I write, with the consent of the government, to respectfully request an adjournment of approximately 30 days.

    I am in the midst of obtaining records relating to the medical conditions of Mr. Negron's wife, which will bear on the sentencing, and which I hope to receive in the near future. This represents my first request for an adjournment of sentencing and, as noted, the government consents.

    Thank you for your consideration.

                              Sincerely,

                              /s/

                              Florian Miedel
                              *Counsel for Jorell Negron*

Cc:    AUSA Justin Horton

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com