

June 16, 2023

Hon. Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.**

Mr. Negron shall surrender to his designated BOP facility on July 7, 2023 before 2:00 P.M.

          Re:    ***United States v. Jorell Negron***
                  ***23-CR-009 (VSB)***

Dear Judge Broderick:

      Jorell Negron was sentenced by Your Honor on May 12, 2023 to 24 months' incarceration. He was directed to surrender to his designated BOP facility on June 23, 2023. That surrender date is one week away, and so far BOP has not yet designated Mr. Negron. With the consent of the government, I respectfully request that the Court extend Mr. Negron's surrender date by two weeks to allow BOP to designated him to the appropriate facility.

      Thank you for your consideration.

                                          Sincerely,

                                          /s/

                                          Florian Miedel
                                          *Counsel for Jorell Negron*

Cc:      AUSA Justin Horton

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com